**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01233-LTB-MJW

GREENBERG & ASSOCIATES, INC., d/b/a Agile Advisors Inc., a Delaware corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Delaware limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES SECURITIES, INC., d/b/a Agile Group, a Delaware corporation; and
NEAL R. GREENBERG, a Colorado resident,
    Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California;
ROBERT KORY, a United States citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Nos. 1-25,
    Defendants.

_____

## ORDER
_____

Upon Plaintiffs' Motion for Leave to File a Surreply in Opposition to Defendant Leonard Cohen's Motion to Dismiss Plaintiffs' Amended Complaint with Jury Demand or, Alternatively, to Stay the Proceedings Pending the Central District of California's Decision to Compel Arbitration (Doc 33 - filed September 26, 2005), it is

ORDERED that Plaintiffs' Motion is DENIED.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Chief Judge

DATED:   September 27, 2005