**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01233-LTB-MJW

GREENBERG & ASSOCIATES, INC., d/b/a Agile Advisors Inc., a Delaware corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Delaware limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES SECURITIES, INC., d/b/a Agile Group, a Delaware corporation; and
NEAL R. GREENBERG, a Colorado resident,
    Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California;
ROBERT KORY, a United States citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Nos. 1-25,
    Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

   The Motion to Withdraw as Counsel for Plaintiffs (Doc 51 - filed November 1, 2005) is **GRANTED**.  David S. Chipman and Meghan W. Martinez of the law firm of Brownstein Hyatt & Farber, PC are allowed to withdraw as counsel for Plaintiffs herein.  Plaintiffs will continue to be represented by R. Daniel Scheid and Kurt S. Lewis of Lewis Scheid, LLC, and Norman Sherab Posel of the Posel Law Office pursuant to their entries of appearance filed October 31, 2005.

Dated:  November 2, 2005

---