IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.  05-cv-01233-LTB-MJW

GREENBERG & ASSOCIATES. INC., d/b/a Agile Advisors, Inc. a Delaware corporation,
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Delaware limited liability company,
AGILE GROUP, LLC, a Delaware limited liability company,
GREENBERG & ASSOCIATES SECURITIES, INC., d/b/a Agile Group, a Delaware corporation, and
NEAL R. GREENBERG, a Colorado resident,

    Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California,
KELLEY LYNCH, a United States citizen residing in California, and
JOHN DOE, Numbers 1-25,

    Defendants.

_____

## ORDER
_____

    On August 19, 2005, the defendant Leonard Cohen filed a motion to dismiss this case for lack of jurisdiction, predicated upon agreements to arbitrate.  On October 11, 2005, he filed a motion to compel arbitration on the same grounds.  On December 21, 2005, I denied Mr. Cohen's motion to compel arbitration, finding and concluding that the plaintiffs' claims in this case are collateral to the arbitrable subject of the governing arbitration agreement, which Mr. Cohen's agent signed on his behalf as his ostensible agent.  The motion to dismiss, containing no other bases for dismissal, must therefore also be denied.

    Accordingly, it is ORDERED that the motion to dismiss [15] is DENIED.

Dated: February  7 , 2006, in Denver, Colorado.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge