IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01233-LTB-MJW

NATURAL WEALTH REAL ESTATE, INC., d/b/a Agile Advisors, Inc., a Colorado corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Colorado limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES Securities, Inc., d/b/a Agile Group, a Colorado corporation; and
NEAL R. GREENBERG, a Colorado resident,

  Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Nos. 1-25,

  Defendants.

and

LEONARD COHEN, a Canadian citizen residing in California,

  Counterclaim Plaintiff,

v.

TIMOTHY BARNETT, a Colorado citizen,

  Counterclaim Defendant.

_____

ORDER
_____

  Upon Defendant And Plaintiff-On-Counterclaim Leonard Cohen's Request To Stay

The Briefing Upon Defendants-On-Counterclaim's Motion For Summary Judgment Until

The Briefing Upon Cohen's Motion For Leave To Amend Has Been Completed And That Motion Has Been Decided (Doc 152 - filed May 16, 2007), and Plaintiffs' Statement of Non-Objection (Doc 153 - filed May 17, 2007), it is

ORDERED that the Request For Stay is GRANTED and the briefing schedule upon defendants-on-counterclaim's Motion For Summary Judgment, upon Cohen's breach of contract claims, will be set by future order upon the Court's disposition of Cohen's Motion For Leave To Amend.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

DATED: May 18, 2007