IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01233-LTB-MJW

NATURAL WEALTH REAL ESTATE, INC., d/b/a Agile Advisors, Inc., a Colorado corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Colorado limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES Securities, Inc., d/b/a Agile Group, a Colorado corporation; and
NEAL R. GREENBERG, a Colorado resident,

    Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Nos. 1-25,

    Defendants.

and

LEONARD COHEN, a Canadian citizen residing in California,

    Counterclaim Plaintiff,

v.

TIMOTHY BARNETT, a Colorado citizen,

    Counterclaim Defendant.
_____

## ORDER
_____

    This case is before me on "Defendant Leonard Cohen's Reply Brief in Support of His Motion for Leave to File His Amended Answer to Second Amended Complaint, His

Amended Counterclaims, and His Jury Demand." At footnote 13, page 20, Cohen states that he is "now withdrawing these re-pleaded claims for fraud and negligence, without prejudice." Thus, Cohen attaches as Exhibit 1 to this Reply Brief a new version of the proffered Amended Counterclaims,. . ." It thus appears that the applicable tendered amended pleading is that attached as Exhibit 1 to Cohen's Reply Brief. In the exercise of discretion, it appears that further briefing may be of assistance to the Court regarding the motion to amend. According

     IT IS ORDERED that Agile Group, LLC, may file a sur-reply not to exceed 10 pages within 10 days from the date of this Order. Cohen may file further reply, not to exceed 10 pages, within 10 days thereafter.

                                   BY THE COURT:

                                   s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED: June 22, 2007