IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-01233-LTB-MJW

NATURAL WEALTH REAL ESTATE, INC., d/b/a Agile Advisors, Inc., a Colorado corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Colorado limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES Securities, Inc., d/b/a Agile Group, a Colorado corporation; and
NEAL R. GREENBERG, a Colorado resident,

  Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Nos. 1-25,

  Defendants.

and

LEONARD COHEN, a Canadian citizen residing in California,

  Counterclaim Plaintiff,

v.

TIMOTHY BARNETT, a Colorado citizen,

  Counterclaim Defendant.

_____

ORDER
_____

On June 22, 2007, I entered an Order that Agile Group, LLC, may file a sur-reply to Defendant Leonard Cohen's Motion for Leave to File Amended Answer Second

Amended Counterclaims not to exceed 10 pages within 10 days from the date of the order. Cohen was granted leave to file a further reply not to exceed 10 pages within 10 days thereafter.  Agile Group filed its 10-page brief together with attached exhibits totaling five (5) pages.  Defendant Cohen filed his reply to the sur-reply.  The brief totals 10 pages and the attached Exhibits A through D total 114 pages.

This Court construes its own orders.  The intent of the Court's order granting leave to file further briefing on the motion to amend was and is that the filing not exceed 10 pages.  Exhibits are not authorized by and intended to be received by the Court on this further briefing.  Accordingly

IT IS ORDERED that the attached exhibits to the parties further briefing are stricken and will not be considered by the Court.

                                                            BY THE COURT:

                                                            s/Lewis T. Babcock
                                                            Lewis T. Babcock, Judge

DATED: July 16, 2007