**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01233-LTB-MJW

NATURAL WEALTH REAL ESTATE, INC., d/b/a Agile Advisors Inc., a Colorado corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Colorado limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES SECURITIES, INC., d/b/a Agile Group, a Colorado corporation; and
NEAL R. GREENBERG, a Colorado resident,
         Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Nos. 1-25,
         Defendants.

and

LEONARD COHEN, a Canadian citizen residing in California,
         Counterclaim Plaintiff,

v.

TIMOTHY BARNETT, a Colorado citizen,
         Counterclaim Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant Leonard Cohen's Motion to Establish a Briefing Schedule Upon Plaintiffs' Motion for Summary Judgment (Doc 176 - filed November 13, 2007) is **GRANTED**.

     Defendant Cohen has **up to and including December 13, 2007** to file a response. Plaintiff Agile Group has **up to and including January 25, 2008** to file a reply.

Dated: November 14, 2007

---