**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01233-LTB

NATURAL WEALTH REAL ESTATE, INC., d/b/a Agile Advisors, Inc. a Colorado corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Colorado limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES SECURITIES, INC., d/b/a Agile Group, a Colorado corporation; and
NEAL R. GREENBERG, a Colorado resident,
    Plaintiffs,

v.

LEONARD COHEN, a Canadian citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Numbers 1-25,
    Defendants,

and,

LEONARD COHEN, a Canadian citizen residing in California,
    Counterclaim Plaintiff,

v.

TIMOTHY BARNETT, a Colorado citizen,
    Counterclaim Defendant.
_____

**ORDER**
_____

THIS MATTER coming before the Court on Plaintiffs' Motion to Stay Briefing as to Portions of Defendant Cohen's Summary Judgment Motion Addressing Claims Subject to Rule 41(a)(2) Motion to Dismiss, the Court having reviewed the pleadings and the file herein;

IT IS HEREBY ORDERED that the motion is **granted**. The briefing is stayed as to those portions of Cohen's summary judgment motion (§§ I-IX and XI) which address claims which Plaintiffs seek to voluntarily dismiss with prejudice. If Plaintiffs' Motion to Dismiss Certain Remaining Claims Pursuant to Fed. R. Civ. P. 41(a)(2) is granted, those portions of Cohen's summary judgment motion will be rendered moot. If Plaintiffs' motion to dismiss is denied, or the Court imposes additional conditions which are unacceptable to Plaintiffs, then Plaintiffs will have 45 days from the date of such order to fully respond to those portions of Cohen's summary judgment motion.

DONE AND SIGNED this  22nd  day of May, 2008.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge