IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 05-cv-01233-LTB

NATURAL WEALTH REAL ESTATE, INC., a/k/a Greenberg & Associates, Inc., d/b/a Agile Advisors, Inc., a Colorado corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Colorado limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES SECURITIES, INC., d/b/a Agile Group, a Colorado corporation; and
NEAL R. GREENBERG, a Colorado resident,

    Plaintiffs and Counterclaim Defendants,

v.

LEONARD COHEN, a Canadian citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Numbers 1-25,

    Defendants,

and,

LEONARD COHEN, a Canadian citizen residing in California,

    Counterclaim Plaintiff,

v.

TIMOTHY BARNETT, a Colorado citizen,

    Counterclaim Defendant.
_____

## ORDER
_____

    This matter is before me on Plaintiffs' Motion to Dismiss Certain Remaining Claims

Pursuant to FED. R. CIV. P. 41(a)(2) [**Docket # 194**] and Defendant Leonard Cohen's Response

[**Docket # 203**]. This Court previously dismissed Plaintiffs' Third Claim for Relief (Interference

with Prospective Business Advantage) (Against Cohen), Fifth Claim for Relief (Civil Extortion) (Against Cohen and John Doe Nos. 1–25), Sixth Claim for Relief (Civil Conspiracy) (Against Cohen and John Doe Nos. 1–25), and Seventh Claim for Relief (Colorado Organized Crime Control Act) (Against Cohen and John Doe Nos. 1–25) on December 12, 2006 [**Docket # 131**].

Defendant Cohen consents to granting the present motion. After reviewing the motion, the papers, and the case file, I conclude that dismissal with prejudice is appropriate in this case. Accordingly, Plaintiffs' Motion to Dismiss Certain Remaining Claims Pursuant to FED. R. CIV. P. 41(a)(2) [**Docket # 194**] is GRANTED as follows:

1. Plaintiffs' First Claim for Relief (Defamation) (Against Cohen) is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees and costs incurred with respect to this claim;

2. Plaintiffs' Second Claim for Relief (Commercial Disparagement) (Against Cohen) is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees and costs incurred with respect to this claim;

3. Plaintiffs' Fourth Claim for Relief (Quantum Meruit/Unjust Enrichment) (Against Cohen) is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees and costs incurred with respect to this claim;

4. Plaintiffs' Eighth Claim for Relief (Injunction) (Against Cohen) is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees and costs incurred with respect to this claim;

5. Plaintiffs' Ninth Claim for Relief (Declaratory Judgment) (Against Cohen and Lynch) is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney fees and costs incurred with respect to this claim;

6. Cohen shall have up to and including June 20, 2008, to file a Reply to Plaintiffs' Response to Cohen's Motion for Summary Judgment [**Docket # 196**] as to Plaintiffs' Tenth Claim for Relief (Interpleader) (Against Cohen and Lynch).


Dated: June  2 , 2008.

BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge