**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No. 05-cv-01233-LTB

NATURAL WEALTH REAL ESTATE, INC., a/k/a Greenberg & Associates, Inc., d/b/a Agile Advisors, Inc., a Colorado corporation;
TACTICAL ALLOCATION SERVICES, LLC, d/b/a Agile Allocation Services, LLC, a Colorado limited liability company;
AGILE GROUP, LLC, a Delaware limited liability company;
GREENBERG & ASSOCIATES SECURITIES, INC., d/b/a Agile Group, a Colorado corporation; and
NEAL R. GREENBERG, a Colorado resident,

    Plaintiffs and Counterclaim Defendants,

v.

LEONARD COHEN, a Canadian citizen residing in California;
KELLEY LYNCH, a United States citizen residing in California; and
JOHN DOE, Numbers 1-25,

    Defendants,

and,

LEONARD COHEN, a Canadian citizen residing in California,

    Counterclaim Plaintiff,

v.

TIMOTHY BARNETT, a Colorado citizen,

    Counterclaim Defendant.
_____

**ORDER**
_____

    Upon consideration of Defendant Cohen's Motion to Submit Limited Surreply to Plaintiffs' Reply in Support of Motion for Attorney Fees or, Alternatively, to Strike Opinion Letter of Daniel M. Reilly (Doc 217)

IT IS ORDERED that the Motion is GRANTED. Defendant Cohen shall have **up to and including September 4, 2008** to file a Surreply to Plaintiffs' Reply in Support of Motion for Attorney Fees consisting of a rebuttal opinion of Mr. Bennett S. Aisenberg.

BY THE COURT:


   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 25, 2008